Bryant *v.* Bowen.

## BRYANT *v.* BOWEN.

The plaintiff's costs will not be limited when he recovers less than $13.33 as a balance of accounts, although he proves and assents to the defendant's account before an auditor.

ASSUMPSIT. The accounts of both parties were stated by an auditor. The amount due the plaintiff on his account was more than $13.33, but the balance due him was less than $13.33. It appeared by the auditor's affidavit that the plaintiff voluntarily proved the defendant's account and assented to its allowance. The defendant moved to limit the costs.

*Chapman,* for the defendant.

*Bryant,* for the plaintiff.

DOE, J.   It does not clearly appear that the plaintiff, at the commencement of this action, had no reasonable expectation of recovering more than $13.33.   Although, at the hearing before the auditor, he proved the defendant's account, and assented to its allowance, he might have had good reason to suppose, when he commenced the suit, that the defendant would immediately bring an action on his account against the plaintiff.   And the defendant, by taking that course, might have gained an undue advantage, if this action had been brought before a justice of the peace.

*Motion denied.*